UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X  Civil Action No: 3:18-cv-1850 (PGS)
IN THE MATTER OF THE COMPLAINT

of

**DEFAULT JUDGMENT**

MARK TANGAS and ANTHONY APPIO, as
Owners or Owners *Pro Hac Vice* of a 2007 34
foot HUSTLER vessel "PROFIT TAKER" for
Exoneration from Or Limitation of Liability,

Petitioners.
-----------------------------------------------------------X

This action have been commenced on February 8, 2018 by the above-named Petitioners, MARK TANGAS and ANTHONY APPIO, as Owners or Owners *Pro Hav Vice* of a 2007 34 foot HUSTLER vessel "PROFIT TAKER" (hereinafter, the "Vessel") for Exoneration from or Limitation of Liability, pursuant to 46 U.S.C. §§ 30501 *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure concerning any claims and/or losses arising or resulting from an alleged boating incident, which occurred in the navigable waters of the United States on August 5, 2017, on Barnegat Bay, New Jersey, and a copy of the Order Restraining Suits, Approving Petitioners' Security, Directing Issue of Notice and the Filing of Claims issued on April 12, 2018 having been personally served on counsel for claimants Erica Kaplan and Lauren Pedalino by certified mail as directed by the aforesaid Order; and by publication in The Asbury Park Press one time per week for four weeks, and potential claimants, including Lauren Pedalino, having failed to file claims on or before May 14, 2018 as ordered by the Court, and the time for filing claims having expired,

WHEREAS Claimant Erica Kaplan filed a claim in this action and has resolved all claims against Petitioners and having executed a general release, it is hereby

1

ORDERED, ADJUDGED AND DECREED : That Petitioners have judgment against any and all claimants, including Lauren Pedalino, barring and dismissing any and all claims which existed or may have existed and arising out of the marine incident on August 5, 2017 and as set forth in the Complaint for Exoneration from or Limitation of Liability with prejudice.

Dated: Trenton, New Jersey
_Oct 15, 2019_

_____
U.S.D.J.

This document was entered on the docket
On _____

U.S.D.J.